# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DANIEL A. LANPHIER,**<br><br>　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY,**<br><br>　　　　　　**Defendant.** | **CASE NO. 8:11CV153**<br><br>**ORDER AND**<br>**FINAL JUDGMENT** |

This matter is before the Court on the Plaintiff's Motion for Dismissal Without Prejudice (Filing No. 14). The motion complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Court concludes that it should be granted. The parties will pay their own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion for Dismissal Without Prejudice (Filing No. 14) is granted;

2. This action is dismissed without prejudice; and

3. The parties will pay their own costs and attorney fees.

Dated this 26th day of July, 2012.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge